| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 5 2024 |
| | MOLLY C. DWYER, CLERK <br> U.S. COURT OF APPEALS |

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,

        Third-pty-plaintiff - Appellee,

FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.,

        Third-pty-plaintiff,

 v.

DRITA PASHA KESSLER,

        Third-pty-defendant - Appellant,

DK ART PUBLISHING, INC., a California corporation,

        Third-pty-defendant.

No. 23-3410

D.C. No. 2:18-cv-00722-AB-JPR Central District of California, Los Angeles

ORDER

    The motion to stay appellate proceedings (Docket Entry No. 20) pending resolution of the parties' settlement proceedings before the bankruptcy court is granted. The appeal is stayed pending further order of this court.

    Within 7 days after resolution of settlement proceedings, or within 60 days from the date of this order, whichever occurs sooner, appellee shall submit a status report or a motion for appropriate relief.

All pending motions will be addressed, if necessary, following the resumption of appellate proceedings.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT